EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2016 TSPR 77 |
| | 195 DPR ____ |
| Guillermo González Borgos | |

Número del Caso: TS-7857

Fecha: 10 de mayo de 2016

Abogada del Peticionario:

        Lcda. Carmen I. Navas
        Procuradora del Abogado

Oficina de Inspección de Notarías:

        Lcdo. Manuel E. Ávila De Jesús
        Director

Programa de Educación Jurídica Continua

        Lcdo. José I. Campos Pérez
        Director Ejecutivo

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Guillermo González Borgos          TS-7857

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de mayo de 2016.

Examinada la *Moción Solicitando Reinstalación* presentada el 1 de marzo de 2016 por el Sr. Guillermo González Borgos, así como la *Moción Informativa en Cumplimiento de Resolución* presentada el 1 de abril de 2016 por el Director Ejecutivo del Programa de Educación Jurídica Continua, se reinstala al Sr. Guillermo González Borgos al ejercicio de la abogacía.

Se le apercibe que en el futuro deberá dar estricto cumplimiento con nuestras órdenes.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo